# Law Office of Tullio DeLuca

381 N. 9th Avenue
Scranton, PA 18504

**Tullio DeLuca, Esquire**
E-Mail: Tullio.DeLuca@verizon.net

Telephone: (570) 347-7764
Facsimile: (570) 347-7763

February 6, 2017

David & Gail Milbut
139 Shoemaker Street
Dunmore, PA 18512

    Re: Bankruptcy- Chapter 13
    Case No: 5:16-05061

Dear Mr. & Mrs. MIlbut:

  Please be advised that your Confirmation Hearing is scheduled for March 7, 2017at 9:30 a.m. **You do NOT need to attend the hearing**.

  However, I will need you to sign and date the enclosed Pre-Confirmation Certificate. **Please return the same to my office no later than February 20, 2017**. If you have any questions, please feel free to contact me at my office. Thank you.

      Very truly yours,

      Tullio DeLuca, Esq.

TD/ac
Enclosure

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

****************************************************************

IN RE: :
: **CASE NO. 5:16-bk-05061-RNO**
**David J. Milbut** :
: **CHAPTER 13**
:
:
:
Debtor(s) :

****************************************************************

DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST
PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14),
1225(a)(7) AND 1325(A)(8) AND (a)(9)

****************************************************************

I, **David J. Milbut**, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on March 7, 2017.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:_____

_____
David J. Milbut

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

****************************************************************************

IN RE: :
: CASE NO. 5:16-bk-05061-RNO
**Gail Kathleen Milbut** :
: **CHAPTER 13**
:
:
:
**Debtor(s)** :

****************************************************************************

DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST
PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14),
1225(a)(7) AND 1325(A)(8) AND (a)(9)

****************************************************************************

I, **Gail Kathleen Milbut**, upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on March 7, 2017.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 2/10/17

*Gail Kathleen Milbut* (signature)
Gail Kathleen Milbut