**TULLIO DeLUCA**

**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ Sᴛʀᴇᴇᴛ
Sᴄʀᴀɴᴛᴏɴ, Pᴇɴɴsʏʟᴠᴀɴɪᴀ 18504
Pʜᴏɴᴇ (570) 347-7764  Fᴀx (570) 347-7763
Eᴍᴀɪʟ: ᴛᴜʟʟɪᴏ.ᴅᴇʟᴜᴄᴀ@ᴠᴇʀɪᴢᴏɴ.ɴᴇᴛ

February 17, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    In Re: David & Gail Milbut
    **Chapter 13 Bankruptcy**
    **Case No. 5-16-05061**

Dear Sir/Madam:

  I have received returned mail for **SEARS,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 7920 NW 110ᵀᴴ ST KANSAS CITY, MO 64153-1270 .Please be advised the correct information is as follows.

      SEARS
      PO BOX 6275
      SIOUX FALLS, SD 57117

I served the Original Plan of Chapter 13 Bankruptcy Case at the above address on (Feb. 17, 2017). Please correct the mailing matrix.

  Thank you for assistance in this matter.

      Very truly yours,


      /s/ Tullio DeLuca, Esquire

TD/th