IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: David J. Milbut, Sr., a/k/a David J. Milbut a/k/a David Milbut a/k/a David Milbut, Sr., a/k/a Dave Milbut and Gail Kathleen Milbut a/k/a Gail K. Milbut a/k/a Gail Milbut,<br>    Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 16-05061/JJT<br><br>11 U.S.C. § 362 |
| JPMorgan Chase Bank, National Association,<br>    Movant,<br>v.<br>David J. Milbut, Sr., a/k/a David J. Milbut a/k/a David Milbut a/k/a David Milbut, Sr., a/k/a Dave Milbut and Gail Kathleen Milbut a/k/a Gail K. Milbut a/k/a Gail Milbut,<br>    Debtors,<br><br>Charles J. DeHart, III, Trustee,<br>   Additional Respondent. | |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on March 12, 2017, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

                                                      Respectfully submitted,

Dated: March 28, 2017                  BY: /s/ Kevin S. Frankel
                                                           Kevin S. Frankel, Esquire
                                                           Shapiro & DeNardo, LLC
                                                           3600 Horizon Drive, Suite 150
                                                           King of Prussia, PA 19406
                                                           (610)278-6800/ fax (847) 954-4809
S&D File #:15-051658                     PA BAR ID #318323
                                                           pabk@logs.com