UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID J. MILBUT, SR.
AKA: DAVE MILBUT, DAVID J. MILBUT, DAVID MILBUT, DAVID MILBUT, SR.
GAIL KATHLEEN MILBUT
AKA: GAIL MILBUT, GAIL K. MILBUT

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-16-05061-JJT

vs.

DAVID J. MILBUT, SR.
AKA: DAVE MILBUT, DAVID J. MILBUT, DAVID MILBUT, DAVID MILBUT, SR.
GAIL KATHLEEN MILBUT
AKA: GAIL MILBUT, GAIL K. MILBUT

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 19, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on December 13, 2016.

2. A Confirmation hearing was held and an Order was entered on May 9, 2017 directing that an amended plan be filed within forty-five (45) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

Respectfully submitted,

s/ Agatha R. McHale, Esq.
Attorney for Trustee
Charles J. DeHart, III

Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA  17036
717-566-6097

IN RE: DAVID J. MILBUT, SR.
AKA: DAVE MILBUT, DAVID J. MILBUT, DAVID MILBUT, DAVID MILBUT, SR.
GAIL KATHLEEN MILBUT
AKA: GAIL MILBUT, GAIL K. MILBUT

CHAPTER 13

Debtor(s)

CASE NO: 5-16-05061-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: August 8, 2017<br><br>Time: 09:30 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before: *August 2, 2017.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 19, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID J. MILBUT, SR.
AKA: DAVE MILBUT, DAVID J. MILBUT, DAVID MILBUT, DAVID MILBUT, SR.
GAIL KATHLEEN MILBUT
AKA: GAIL MILBUT, GAIL K. MILBUT

CHAPTER 13

CASE NO: 5-16-05061-JJT

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

AND NOW, on July 19, 2017, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504-

DAVID J. MILBUT, SR.
GAIL KATHLEEN MILBUT
139 SHOEMAKER ST.
DUNMORE, PA 18512

Respectfully Submitted,
s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 19, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID J. MILBUT, SR.
AKA: DAVE MILBUT, DAVID J. MILBUT, DAVID MILBUT, DAVID MILBUT, SR.
GAIL KATHLEEN MILBUT
AKA: GAIL MILBUT, GAIL K. MILBUT

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

DAVID J. MILBUT, SR.
AKA: DAVE MILBUT, DAVID J. MILBUT, DAVID MILBUT, DAVID MILBUT, SR.
GAIL KATHLEEN MILBUT
AKA: GAIL MILBUT, GAIL K. MILBUT

CASE NO: 5-16-05061-JJT

    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.