```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                        Case No. 16-05061-JJT
David J. Milbut, Sr.                                          Chapter 13
Gail Kathleen Milbut
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AGarner              Page 1 of 1            Date Rcvd: Nov 06, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2017.
db/jdb         +David J. Milbut, Sr.,   Gail Kathleen Milbut,   139 Shoemaker St.,   Dunmore, PA 18512-2733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
              Tullio DeLuca    on behalf of Debtor 2 Gail Kathleen Milbut tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Debtor 1 David J. Milbut, Sr. tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: )
DAVID J. MILBUT, SR. )
GAIL KATHLEEN MILBUT ) Case No.: 5:16-05061 (JJT)
    **Debtors(s)** )
) Chapter 13
SANTANDER CONSUMER USA INC. )
    **Movant** ) Docket No.
)
v. ) 11 U.S.C. 362
)
DAVID J. MILBUT, SR. )
GAIL KATHLEEN MILBUT )
    **Respondent(s)** )
)
CHARLES J. DEHART, III )
    **Trustee** )
)

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement ( docket 52) of the MOTION FOR STAY RELIEF, and filed on November 6, 2017 in the above matter is APPROVED, and hereby made an Order of this Court.

Dated: November 6, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)