```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-05061-JJT
David J. Milbut, Sr.                                                Chapter 13
Gail Kathleen Milbut
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: AGarner           Page 1 of 1           Date Rcvd: Feb 14, 2018
                               Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db/jdb         +David J. Milbut, Sr.,    Gail Kathleen Milbut,    139 Shoemaker St.,    Dunmore, PA 18512-2733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Kevin S Frankel     on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
              Tullio  DeLuca    on behalf of Debtor 2 Gail Kathleen Milbut tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 1 David J. Milbut, Sr. tullio.deluca@verizon.net
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>DAVID J. MILBUT, SR.<br>GAIL KATHLEEN MILBUT<br>**Debtors(s)**<br><br>SANTANDER CONSUMER USA INC.<br>**Movant**<br><br>v.<br><br>DAVID J. MILBUT, SR.<br>GAIL KATHLEEN MILBUT<br>**Respondent(s)**<br><br>CHARLES J. DEHART, III<br>**Trustee** | Case No.: 5:16-05061 (JJT)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the Certificate Of Default filed by Santander Consumer USA Inc., under Bankruptcy Code §362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code §362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Hyundai Accent** bearing vehicle identification number KMHCT5AEXGU271903 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: February 14, 2018

By the Court,

*John J. Thomas*
John J. Thomas, Bankruptcy Judge
(RPR)