```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                                    Case No. 16-05061-JJT
David J. Milbut, Sr.                                      Chapter 13
Gail Kathleen Milbut
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: AGarner         Page 1 of 1         Date Rcvd: Jul 02, 2018
                            Form ID: pdf010        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
db/jdb          +David J. Milbut, Sr.,   Gail Kathleen Milbut,   139 Shoemaker St.,   Dunmore, PA 18512-2733
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          Kevin S Frankel    on behalf of Creditor   JPMorgan Chase Bank, National Association pa-bk@logs.com
          Tullio  DeLuca    on behalf of Debtor 2 Gail Kathleen Milbut tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Debtor 1 David J. Milbut, Sr. tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                          TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DAVID J. MILBUT, SR. | ) | |
| GAIL KATHLEEN MILBUT | ) | Case No.: 5:16-05061 (JJT) |
| **Debtors(s)** | ) | |
| | ) | Chapter 13 |
| SANTANDER CONSUMER USA INC. | ) | |
| **Movant** | ) | Docket No. |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| DAVID J. MILBUT, SR. | ) | |
| GAIL KATHLEEN MILBUT | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| CHARLES J. DEHART, III | ) | |
| **Trustee** | ) | |
| | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA

Inc. ,the Debtors and the Trustee in settlement of the Motion To Reconsider And Reinstate

Stay, and filed on or about June 26, 2018 in the above matter is APPROVED, and hereby made

an Order of this Court.

Dated:   July 2, 2018

By the Court,

_____

John J. Thomas, Bankruptcy Judge (RPR)

_____