**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 8, 2019

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **David J Milbut Sr &**
               **Gail Kathleen Milbut**
               **Case No.5-16-05061**

Dear Sir/Madam:

    I have received returned mail for **Central Credit Services** a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: 20 Corporate Hills Dr Saint Charles, MO 63301-3749. Please be advised the correct information is as follows:

Central Credit Services
9950 Regency Blvd #602
Jacksonville, FL 32225

I served a copy of the Motion TO Incur Post- Petition Debt at the above address on March 8, 2019. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                            Very truly yours,


                            /s/ Tullio DeLuca, Esquire

TD/mw