```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-05061-RNO
David J. Milbut, Sr.                                                Chapter 13
Gail Kathleen Milbut
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson            Page 1 of 1           Date Rcvd: Mar 27, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
db/jdb         +David J. Milbut, Sr.,   Gail Kathleen Milbut,   139 Shoemaker St.,   Dunmore, PA 18512-2733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Kevin S Frankel     on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
              Tullio DeLuca     on behalf of Debtor 2 Gail Kathleen Milbut tullio.deluca@verizon.net
              Tullio DeLuca     on behalf of Debtor 1 David J. Milbut, Sr. tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
******************************************************************************
IN RE                             :    CHAPTER 13
DAVID J. MILBUT, SR. and          :
GAIL KATHLEEN MILBUT              :
         Debtor(s)                :    CASE NO. 5-16-05061
******************************************************************************
              ORDER APPROVING DEBTOR'S MOTION TO INCUR DEBT
******************************************************************************
```

**IT IS ORDERED** that the Motion to Incur Debt filed on March 5, 2019

is hereby GRANTED.

Dated: March 27, 2019                By the Court,

*(signed)* Robt N. Opel II

Robert N. Opel, II, Chief Bankruptcy Judge  (PAR)