Certificate Number: 15317-PAM-DE-033360712

Bankruptcy Case Number: 16-05061


15317-PAM-DE-033360712

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 6, 2019</u>, at <u>5:07</u> o'clock <u>PM PDT</u>, <u>Gail K Milbut</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 6, 2019</u>　　　By:　<u>/s/Madelyn Kotb</u>

　　　　　　　　　　　　　　　　Name: <u>Madelyn Kotb</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>