```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 16-05061-RNO
David J. Milbut, Sr.                                                Chapter 13
Gail Kathleen Milbut
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: KADavis              Page 1 of 2            Date Rcvd: Sep 13, 2019
                              Form ID: 3180W             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db/jdb       +David J. Milbut, Sr.,    Gail Kathleen Milbut,    139 Shoemaker St.,    Dunmore, PA 18512-2733
cr           +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, OH 43219-6009
4865252      +Bank of America, N.A.,    P.O. Box 982284,    El Paso, TX 79998-2284
4865253      +Bureau of Account Management,    3607 Rosemont Ave., Ste. 502,    Camp Hill, PA 17011-6943
4865255       Central Credit Services,    9950 Regency Blvd No 602,    Jacksonville, FL 32225
4909437      +Chase Records Center,    ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
               Monroe, LA 71203-4774
4865258       Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
4865261       DISNEY VACATION DEVELOPMENT,    1390 CELEBRATION BLVD,    CELEBRATION, FL 34747-5166
4865262      +Dr. Leslie A. Tarazano,    320 W. Drinker St.,    Dunmore, PA 18512-1918
4865263      +Foundation Radiology Group,    Three Gateway Ctr., 20th Fl,    401 Liberty Ave., Ste. 2000,
               Pittsburgh, PA 15222-1029
4865265      +Intermountain Medical Group,    610 Wyoming Ave.,    Kingston, PA 18704-3787
4865268     #+Lackawanna County Tax Claim,    135 Jefferson Ave.,    Scranton, PA 18503-1714
4865269     #+Lackawanna County Tax Claim Bureau,    135 Jefferson Ave.,    Scranton, PA 18503-1716
4865270      +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4865271      +Milton S. Hershey Medical Ce,    600 Center View Lane,    Hershey, PA 17033-2903
4865272      +Moses Taylor Hospital,    700 Quincy Ave,    Attn: Justin Davis CEO,    Scranton, PA 18510-1798
4865273      +NCC,    676 N. Michigan Ave., Ste 3600,    Chicago, IL 60611-2832
4865275      +Professional Account Svcs.,    P.O. Box 188,    Brentwood, TN 37024-0188
4865277      +SEARS,    PO BOX 6275,    SIOUX FALLS, SD 57117-6275
4865276       Santander Consumer USA,    Attn: Bankruptcy Dept.,    P.O. Box 56084,    Dallas, TX 75356
4865279       Single Tax Office,    William Fox, Collector of Taxes,    P.O. Box 709,    Scranton, PA 18501-0709
4865280      +St. Mary of Mt. Carmel School,    c/o FACTS Management Company,    P.O. Box 82527,
               Lincoln, NE 68501-2527
4877523      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4865249      +EDI: AMEREXPR.COM Sep 13 2019 23:23:00      American Express,    P.O. Box 981535,
               El Paso, TX 79998-1535
4910855       EDI: BECKLEE.COM Sep 13 2019 23:23:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4865251       EDI: BANKAMER.COM Sep 13 2019 23:23:00      Bank of America,    Bankruptcy Department,
               4161 Piedmont Pkwy.,    NC4-105-03-14,    Greensboro, NC 27410
4865250       EDI: BANKAMER.COM Sep 13 2019 23:23:00      Bank of America,    P.O. Box 982235,
               El Paso, TX 79998
4865254      +EDI: CAPITALONE.COM Sep 13 2019 23:23:00      Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
4865256      +EDI: CHASE.COM Sep 13 2019 23:23:00      Chase,    PO Box 15298,    Wilmington DE 19850-5298
4865257       EDI: CHASE.COM Sep 13 2019 23:23:00      Chase/Amazon.com,    P.O. Box 15298,
               Wilmington, DE 19850-5298
4865259      +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 13 2019 19:23:14
               Credit Management Co.,    2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
4865266       EDI: IRS.COM Sep 13 2019 23:23:00      Internal Revenue Service,    Special Procedures Branch,
               PO Box 7346,    Philadelphia, PA 19101-7346
4865267       EDI: CAUT.COM Sep 13 2019 23:23:00      JPMorgan Chase Bank, N.A.,
               National Bankruptcy Department,    P.O. Box 29505,    AZ1-1191,    Phoenix, AZ 85038-9505
4895774      +EDI: MID8.COM Sep 13 2019 23:23:00      MIDLAND FUNDING LLC,
               MIDLAND CREDIT MANAGEMENT, INC. as agent,    for MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
4865274       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 19:23:06      PA Dept. of Revenue,
               Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0496
4914613       EDI: PRA.COM Sep 13 2019 23:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
4871729       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 19:23:06
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg PA 17128-0946
4969689      +EDI: DRIV.COM Sep 13 2019 23:23:00      Santander Consumer USA, Inc.,
               P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
4964077      +EDI: DRIV.COM Sep 13 2019 23:23:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
               Dallas, TX 75356-0284
4865278       EDI: SEARS.COM Sep 13 2019 23:23:00      Sears Credit Cards,    P.O. Box 6283,
               Sioux Falls, SD 57117-6283
4865281       EDI: RMSC.COM Sep 13 2019 23:23:00      Synchrony Bank/JC Penney,    Attn: Bankruptcy Dept.,
               PO Box 965060,    Orlando, FL 32896-5060
4865282       EDI: TFSR.COM Sep 13 2019 23:23:00      Toyota Financial Services,    Attn: Bankruptcy Dept.,
               P.O. Box 8026,    Cedar Rapids, IA 52408
4995482       EDI: BL-BECKET.COM Sep 13 2019 23:23:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
4904853      +EDI: WFFC.COM Sep 13 2019 23:23:00      WELLS FARGO BANK, N.A.,    MAC F8235-02F,    PO BOX 10438,
               DES MOINES, IA 50306-0438
```

```
District/off: 0314-5           User: KADavis               Page 2 of 2              Date Rcvd: Sep 13, 2019
                               Form ID: 3180W              Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4865284        EDI: WFFC.COM Sep 13 2019 23:23:00      Wells Fargo,    P.O. Box 95225,
                 Albuquerque, NM 87199-5225
4865285       +EDI: WFFC.COM Sep 13 2019 23:23:00      Wells Fargo Bank, N.A.,   1 Home Campus, 3rd Floor,
                 Des Moines, IA 50328-0001
4909908        EDI: WFFC.COM Sep 13 2019 23:23:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Santander Consumer USA Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
4902208*      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4865260*      +David J. Milbut, Sr.,    139 Shoemaker St.,    Dunmore, PA 18512-2733
4865264*      +Gail Kathleen Milbut,    139 Shoemaker St.,    Dunmore, PA 18512-2733
4871730*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
4865283     ##+Trident Asset Management,    53 Perimeter Center East, Ste. 440,    Atlanta, GA 30346-2230
                                                                               TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association pa-bk@logs.com
              Tullio  DeLuca    on behalf of Debtor 2 Gail Kathleen Milbut tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 1 David J. Milbut, Sr. tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com,
                mortoncraigecf@gmail.com
                                                                                               TOTAL: 7
```

| | | |
|---|---|---|
| Debtor 1 | **David J. Milbut Sr.** | Social Security number or ITIN **xxx–xx–2863** |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Gail Kathleen Milbut** | Social Security number or ITIN **xxx–xx–4580** |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Middle District of Pennsylvania** | | |
| Case number: **5:16–bk–05061–RNO** | | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David J. Milbut Sr.
aka David J. Milbut, aka David Milbut, aka Dave Milbut, aka David Milbut Sr.

Gail Kathleen Milbut
aka Gail K. Milbut, aka Gail Milbut

**By the court:**

*[signature]*

9/13/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: KADavis, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**